TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00719-CV

Dennis O. Johnson and Nadine Johnson, Appellants

v.

Williamson County, Texas, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT

NO. 97-012-C277, HONORABLE C. W. DUNCAN, JR., JUDGE PRESIDING

PER CURIAM

 Dennis O. Johnson and Nadine Johnson have filed a motion to dismiss this appeal. 
Ten days have passed without any objection that this dismissal will prevent any other party from
seeking relief. We grant the motion and dismiss this appeal. See Tex. R. App. P. 42.1(a)(2).

Before Chief Justice Aboussie, Justices Kidd and Patterson

Dismissed on Appellants' Motion

Filed: March 18, 1999

Do Not Publish